IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD SLOWINSKI, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>REDCON1, LLC,<br><br>  Defendant. | Case No: 1:22-cv-417 |

## RULE 41 NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Edward Slowinski dismisses his claims without prejudice, with both sides to bear their own costs and attorney's fees.

Date: September 8, 2022

Respectfully submitted,

*/s/Nicholas A. Migliaccio*
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2022, the following was electronically filed using the CM/ECF system and served to all CM/ECF counsel of record.

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio
